PETERS, Plaintiff and Respondent, v. HOISINGTON, Defendant and Appellant, and HOISINGTON, Defendant

(39 N. W.2d 667)

(File No. 8994. Opinion filed November 21, 1949)

For former opinion, see 37 N.W.2d 410.

**Davenport, Evans, Hurwitz & Smith,** Sioux Falls, for Defendant and Appellant.

**Claude A. Hamilton, Thomas J. Barron,** Sioux Falls, for Plaintiff and Respondent.

PER CURIAM. This case is before us after further argument on resubmission following the granting of petition for rehearing. Having reconsidered the arguments as presented on rehearing, a majority of the court is not disposed to recede from the views expressed in the former opinion. We therefore adhere to that opinion, and the judgment appealed from is affirmed.